**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7046

_____

SHAKA ZULU ACOOLLA, a/k/a Thomas Jackson,

                                        Plaintiff - Appellant,

        versus

RON ANGELONE, in his individual and official
capacities; GENE JOHNSON, in his individual
and official capacities; D. J. ARMSTRONG, in
his individual and official capacities; LEWIS
B. CEI, in his individual and official
capacities; D. MILLS, in his individual and
official capacities; VIRGINIA STATE BOARD OF
CORRECTIONS, sued in their individual and
official capacities; L. W. HUFFMAN, sued in
his individual and official capacities; D. A.
BRAXTON, sued in his individual capacity; B.
J. WHEELER, sued in his individual capacity;
SGT. PIEROTTI, sued in his individual
capacity; G. K. WASHINGTON, sued in his
individual and official capacities; SEAY, sued
in his individual and official capacities; M.
E. HANKINS, sued in his individual and
official capacities; R. T. FRANCIS, sued in
his individual and official capacities; R. L.
ADDAMS, sued in his individual and official
capacities; B. BOOKER, sued in his individual
and official capacities; C. WINGFIELD, sued in
his individual and official capacities; L. T.
EDMONDS, sued in his individual and official
capacities; D. H. LEWIS, sued in his
individual and official capacities; CATRON,
sued in his individual and official
capacities; K. HARRISON, sued in his
individual and official capacities; TERRY,
sued in his individual and official
capacities; T. E. BRIGGS, sued in his
individual and official capacities; L. M.

SAUNDERS, sued in his individual and official capacities; L. R. DAY, sued in his individual and official capacities; T. T. REDMAN, sued in his individual and official capacities; D. PULTZ, sued in his individual and official capacities; T. LAWHORN, sued in his individual and official capacities; DEOLY, sued in his individual and official capacities; G. S. DEFIBAUGH, sued in his individual and official capacities; T. C. ROVELLI, sued in his individual and official capacities; MADDOX, sued in his individual and official capacities; R. D. BANKS, sued in his individual and official capacities; R. D. BOYERS, sued in his individual and official capacities; M. PETERS, sued in his individual and official capacities; P. MASSIE, sued in his individual and official capacities; HARLOW, sued in his individual and official capacities; V. S. GRAY, a/k/a S. Gray, sued in his individual and official capacities; T. A. MARTIN, sued in his individual and official capacities; NEWCOMBS, sued in his individual and official capacities; CASH, sued in his individual and official capacities; ENURIAN, sued in his individual and official capacities; MAUZY, sued in his individual and official capacities; R. F. WILSON, sued in his individual and official capacities; R. A. YOUNG, sued in his individual and official capacities; L. W. JARVIS, sued in his individual and official capacities; P. E. MADDOX, sued in his individual and official capacities; V. J. BANDY, sued in his individual and official capacities; K. A. POLINSKY, sued in his individual and official capacities; C. A. HOLLAR, sued in his individual and official capacities; R. S. JACKSON, sued in his individual and official capacities; PIRES, sued in his individual and official capacities; L. DAVENPORT,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-01-1008-7-JCT)

- 2 -

Submitted:  October 25, 2004          Decided:  December 7, 2004

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Shaka Zulu Acoolla, Appellant Pro Se.   Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shaka Zulu Acoolla seeks to appeal the district court's order continuing the stay of his appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Acoolla seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 4 -